B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Knight Industries I, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4428567** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**One Northfield Plaza, #400**<br>**Northfield, IL**<br>ZIP Code **60093** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Knight Industries I, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) ||||
|---|---|---|---|
| Name of Debtor: <br> **Knight-Celotex, LLC** | Case Number: <br> **09-12200** || Date Filed: <br> **4/06/09** |
| District: <br> **Northern District of Illinois** | Relationship: <br> **Affiliate** || Judge: <br> **Pamela S. Hollis** |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Knight Industries I, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  **/s/ SCOTT R. CLAR**
Signature of Attorney for Debtor(s)

**SCOTT R. CLAR 06183741**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777**
Telephone Number

**April 6, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Lisa Rogers**
Signature of Authorized Individual

**Lisa Rogers**
Printed Name of Authorized Individual

**Vice President Shared Services**
Title of Authorized Individual

**April 6, 2009**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Knight Industries I, LLC**

Debtor(s)

Case No. 

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AI CREDIT CORP<br>BOX 9045<br>New York, NY 10087 | AI CREDIT CORP<br>BOX 9045<br>New York, NY 10087 | | | 121,560.08 |
| Ajilon Professional Staffing, LLC<br>Dept. CH 14031<br>Palatine, IL 60055 | Ajilon Professional Staffing, LLC<br>Dept. CH 14031<br>Palatine, IL 60055 | | | 22,391.94 |
| American Forest & Paper Assocation<br>Accounting Department at 1111<br>19th St. NW, #800<br>Washington, DC 20036 | American Forest & Paper Assocation<br>Accounting Department at 1111<br>19th St. NW, #800<br>Washington, DC 20036 | | | 16,033.00 |
| BUCCINO & ASSOCIATES, INC<br>200 WEST MADISON SUITE 2620<br>CHICAGO, IL 60606 | BUCCINO & ASSOCIATES, INC<br>200 WEST MADISON SUITE 2620<br>CHICAGO, IL 60606 | | | 10,260.35 |
| CAREER SOURCES UNLIMITED<br>2211A LAKESIDE DRIVE<br>BANNOCKBURN, IL 60015 | CAREER SOURCES UNLIMITED<br>2211A LAKESIDE DRIVE<br>BANNOCKBURN, IL 60015 | | | 36,290.00 |
| CARPENTER, SHACKLETON & COMPANY<br>Attn: GEORGE SHACKLETON<br>58 FOXWOOD LANE<br>BARRINGTON, IL 58395 | CARPENTER, SHACKLETON & COMPANY<br>Attn: GEORGE SHACKLETON<br>58 FOXWOOD LANE<br>BARRINGTON, IL 58395 | | | 9,189.24 |
| CURTIS THAXTER STEVENS BRODER<br>ONE CANAL PLAZA<br>Portland, ME 04112 | CURTIS THAXTER STEVENS BRODER<br>ONE CANAL PLAZA<br>Portland, ME 04112 | | | 20,732.77 |
| DENNIS D SHEETS & ASSOCIATES<br>6225 DREXEL AVE NW<br>Massillon, OH 44646 | DENNIS D SHEETS & ASSOCIATES<br>6225 DREXEL AVE NW<br>Massillon, OH 44646 | | | 7,500.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Knight Industries I, LLC**      Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ETS INTERNATIONAL<br>10400 W HIGGINS ROAD<br>CHICAGO, IL 60018 | ETS INTERNATIONAL<br>10400 W HIGGINS ROAD<br>CHICAGO, IL 60018 | | | 8,757.00 |
| FITZMORRIS & ASSOCIATES, INC.<br>909 POYDRAS STREET<br>NEW ORLEANS, LA 70112 | FITZMORRIS & ASSOCIATES, INC.<br>909 POYDRAS STREET<br>NEW ORLEANS, LA 70112 | | | 20,000.00 |
| FROST, RUTTENBERG & ROTHBLATT<br>111 PFINGSTON RD.<br>DEERFIELD, IL 60015 | FROST, RUTTENBERG & ROTHBLATT<br>111 PFINGSTON RD.<br>DEERFIELD, IL 60015 | | | 24,000.00 |
| GREENBERG TRAURIG, LLP<br>ONE INTERNATIONAL PLACE<br>BOSTON, MA 02110 | GREENBERG TRAURIG, LLP<br>ONE INTERNATIONAL PLACE<br>BOSTON, MA 02110 | | | 20,195.00 |
| KAUFMAN & COMPANY, LLC<br>101 FEDERAL ST.<br>BOSTON, MA 02110 | KAUFMAN & COMPANY, LLC<br>101 FEDERAL ST.<br>BOSTON, MA 02110 | | | 14,956.70 |
| KIPNIS ROSEN & BLOOM<br>5550 W. TOUHY AVE.<br>SKOKIE, IL 60077 | KIPNIS ROSEN & BLOOM<br>5550 W. TOUHY AVE.<br>SKOKIE, IL 60077 | | | 29,860.00 |
| LEVENFELD PEARLSTEIN, LLC<br>2 NORTH LASALLE STREET<br>CHICAGO, IL 60602 | LEVENFELD PEARLSTEIN, LLC<br>2 NORTH LASALLE STREET<br>CHICAGO, IL 60602 | | | 8,037.45 |
| MODERN MANAGEMENT, INC.<br>253 COMMERCE DRIVE<br>GRAYSLAKE, IL 60030 | MODERN MANAGEMENT, INC.<br>253 COMMERCE DRIVE<br>GRAYSLAKE, IL 60030 | | | 20,000.00 |
| NORTHFIELD PLAZA<br>ONE NORTHFIELD PLAZA<br>NORTHFIELD, IL 60093 | NORTHFIELD PLAZA<br>ONE NORTHFIELD PLAZA<br>NORTHFIELD, IL 60093 | | | 45,994.90 |
| Rally Capital Services, LLC<br>350 North LaSalle Street<br>Chicago, IL 60610 | Rally Capital Services, LLC<br>350 North LaSalle Street<br>Chicago, IL 60610 | | | 21,612.74 |
| SIRIUS BUSINESS SOFTWARE, INC.<br>42 Birchwood Dr.<br>Palos Park, IL 60464 | SIRIUS BUSINESS SOFTWARE, INC.<br>42 Birchwood Dr.<br>Palos Park, IL 60464 | | | 16,070.00 |
| WAUSAU INSURANCE COMPANIES<br>PO BOX 0581<br>Carol Stream, IL 60132 | WAUSAU INSURANCE COMPANIES<br>PO BOX 0581<br>Carol Stream, IL 60132 | | | 104,243.30 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Knight Industries I, LLC**                              Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Vice President Shared Services of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April 6, 2009**                        Signature   **/s/ Lisa Rogers**
                                                                                                      **Lisa Rogers**
                                                                                                       **Vice President Shared Services**

      *Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Knight Industries I, LLC**                                              Case No.
                                                            Debtor(s)            Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **55**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:    **April  6, 2009**                            **/s/ Lisa Rogers**
                                                       **Lisa Rogers**/**Vice President Shared Services**
                                                       Signer/Title

AI CREDIT CORP
BOX 9045
New York, NY 10087

CDW
PO BOX 75723
Chicago, IL 60675

INTELLADON
5521 W Cypress Street
TAMPA, FL 33607

Ajilon Professional Staffing, LLC
Dept. CH 14031
Palatine, IL 60055

COMPTROLLER OF MARYLAND
REVENUE ADMINISTRATION DIV.
Annapolis, MD 21411-0001

INTERNAL REVENUE SERVICE
DEPARTMENT OF TREASURY
Cincinnati, OH 45999-0039

American Forest & Paper Assocation
Accounting Department at 1111
19th St. NW, #800
Washington, DC 20036

CPI QUALIFIED PLAN CONSULTANTS, Inc.
PO BOX 1167
Great Bend, KS 67530-1167

JDS MARKETING GROUP, LTD.
5402 CHANDLEY FARM CIRCLE
CENTREVILLE, VA 20120

AT&T MOBILITY
ACCOUNT # 103258
PO Box 9004
Carol Stream, IL 60197-9004

CURTIS THAXTER STEVENS BRODER
ONE CANAL PLAZA
Portland, ME 04112

KAUFMAN & COMPANY, LLC
101 FEDERAL ST.
BOSTON, MA 02110

Bank of America
Attn: Michael Hammond
135 S. LaSalle St.
Chicago, IL 60603

DENNIS D SHEETS & ASSOCIATES
6225 DREXEL AVE NW
Massillon, OH 44646

KIPNIS ROSEN & BLOOM
5550 W. TOUHY AVE.
SKOKIE, IL 60077

BUCCINO & ASSOCIATES, INC
200 WEST MADISON SUITE 2620
CHICAGO, IL 60606

DOUGLAS L. LEFEVRE &
 COMPANY, CPA, PC
401 SOUTH LASALLE ST.
CHICAGO, IL 60605

Klaus Spindler Kunststofftechnik
 GMBH
Bachstrasse 2A
Dreiech, Germany

BUSINESS INTEGRATED OFFICE SOL.
2305 N HULLEN STREET
METAIRIE, LA 70001

ETS INTERNATIONAL
10400 W HIGGINS ROAD
CHICAGO, IL 60018

KNIGHT INC.
606 TIVERTON ROAD
LAKE FOREST, IL 60045

CAREER SOURCES UNLIMITED
2211A LAKESIDE DRIVE
BANNOCKBURN, IL 60015

FITZMORRIS & ASSOCIATES, INC.
909 POYDRAS STREET
NEW ORLEANS, LA 70112

LATHAM & WATKINS LLP
P.O. BOX 2130
Carol Stream, IL 60132-2130

CARPENTER, SHACKLETON & COMPANY
Attn: GEORGE SHACKLETON
58 FOXWOOD LANE
BARRINGTON, IL 58395

FROST, RUTTENBERG & ROTHBLATT
111 PFINGSTON RD.
DEERFIELD, IL 60015

LEVENFELD PEARLSTEIN, LLC
2 NORTH LASALLE STREET
CHICAGO, IL 60602

CARROLL-KELLER
101 W. 22ND STREET
LOMBARD, IL 60148

GREENBERG TRAURIG, LLP
ONE INTERNATIONAL PLACE
BOSTON, MA 02110

LOYOLA FAMILY BUSINESS CEN
820 N. Michigan Avenue
Chicago, IL 60611

MACKE WATER SYSTEMS
PO BOX 545
Wheeling, IL 60090-0545

SECRETARY OF STATE JESSE WHITE
INDEX DEPARTMENT
111 E. MONROE
SPRINGFIELD, IL 62756

UNITED STATES TREASURY
IRS DEPARTMENT OF THE TREAS
CINCINNATI, OH 45999

MANAGED CARE CONCEPTS/DRUG
 FREE WORKPLACE
P.O. BOX 812032
BOCA RATON, FL 33481

SIRIUS BUSINESS SOFTWARE, INC.
42 Birchwood Dr.
Palos Park, IL 60464

UPS
Lockbox 577
Carol Stream, IL 60132-0577

Michael L. Molinaro
Loeb & Loeb LLP
321 N. Clark St., #2300
Chicago, IL 60610

SPERLING & SLATER
55 WEST MONROE STREET
CHICAGO, IL 60603

VICCINO'S PIZZA
PO BOX 422
GLENVIEW, IL 60025

MICROSYSTEMS DEVELOPMENT
35 W 755 BONCOSKY RD
WEST DUNDEE, IL 60118

STAFFING NOW
200 WEST ADAMS STREET
CHICAGO, IL 60606

WAUSAU INSURANCE COMPANIE
PO BOX 0581
Carol Stream, IL 60132

MODERN MANAGEMENT, INC.
253 COMMERCE DRIVE
GRAYSLAKE, IL 60030

STEVE BUCK CONSULTING, LLC
20 OAKMONT PLACE
STEVE BUCK
MEDIA, PA 19063

WESTERN STATES RCA
1098 FOSTER CITY BLVD.
FOSTER CITY, CA 94404

NATIONAL ROOFING CONTRACTORS
P.O. BOX 809261
Chicago, IL 60680-9261

SUNRISE HITEK SERVICE, INC.
5915 N NORTHWEST HIGHWAY
CHICAGO, IL 60631

NORTHFIELD PLAZA
ONE NORTHFIELD PLAZA
NORTHFIELD, IL 60093

TIGER DIRECT.COM
PO BOX 449001
C/O SYX SERVICES
Miami, FL 33144-9001

PARTNERSHIP EMPLOYMENT
PO BOX 2072
Carol Stream, IL 60132-2072

TM WORLDWIDE LP
H-9700 SZOMBATHELY
2 NIKE'S STREET
HUNGARY

Rally Capital Services, LLC
350 North LaSalle Street
Chicago, IL 60610

TRG SERVICES INC - THE RESULTS
 GROUP
800 WEST EL CAMINIO REAL
MOUNTAIN VIEW, CA 94040

REGENCY OFFICE PRODUCTS
5505 CREEDMOOR ROAD
RALEIGH, NC 27612

TRUAX, ROBLES & BALDWIN APPRAISERS
3045 RIDGELAKE DRIVE
METAIRIE, LA 70002